**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IBON J. FRIAL AQUINO,**<br>**Plaintiff,**<br><br>**v.**<br><br>**LIFEGUARD HOME CARE AGENCY, INC.,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br><br>**NO. 25CV4693** |

**ORDER**

**AND NOW**, this 31st day of July, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 27), and Plaintiff's opposition thereto (ECF No. 30), **IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED** in favor of Defendant with respect to Plaintiff's hostile work environment claims;

2. The Motion is **DENIED** in all other respects.

**BY THE COURT:**

**/s/Wendy Beetlestone**
**WENDY BEETLESTONE, C.J.**